"A"

In the United States District Court

For the District of Rhode Island
(Form mailed ___________, 198 )

Michael G. Keselica

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 06 556 S

v.-

Civil Action No. ___________

A. T. Wall, Rhode Island Commissioner of Corrections
Joseph Marocco, Assistant Director, Health Care Services

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes /_/ No /X/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of ~~paper, using the same outline.)~~

1. Parties to this previous lawsuit

Plaintiffs: N/A

Defendants: N/A

2. Court /if federal court, name the district; if state court, name the county/: N/A

3. Docket number: N/A

4. Name judge to whom case was assigned: N/A

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: N/A

6. Approximate date of filing law suit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Adult Correctional Institution, Cranston, RI

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?

Yes [X] No [ ]

B. If your answer is YES:

1. What steps dis you take? Wrote to Captain Clancy regarding the denial of medical care and that I would seek a 42 U.S.C. subs. 1983 suit if medical care was not provided to me.

2. What was the result? Lt Normandie told me that Captain Clancy gave him my letter and that medical is not grievable at the ACI and if the medical department said that I had to wait 6 months, then I had to wait 6 months.

C. If your answer is NO, explain why not: N/A

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff Michael G. Keselica

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant A. T. Wall is employed as Commissioner at the RI Department of Corrections

C. Additional Defendants: Joseph Marocco is employed as Assistant Director at the Rhode Island Department of Corrections Intake Center Health Care Services.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

Plaintiff was arrested on August 3, 2006 as a fugitive from justice from Virginia and subsequently contested extradition. Plaintiff has been held w/o bail ever since at the ACI. On October 16, 2006, Plaintiff submitted a medical request slip to the nurse complaining of headaches (daily) and blurred vision — Plaintiff needed eye glasses. After waiting over a month with no response, Plaintiff submitted a second medical request on November 28, 2006, stating the same medical problem. On or about December 4, 2006, Plaintiff received a response back to his "second request". The response back stated: "you need to be here 6 months or sentenced to see the eye doctor you can submit a slip in March." Immediately thereafter, Plaintiff sent a letter to Captain Clancy regarding the denial of medical care and that Plaintiff would seek a 42 U.S.C. subsection 1983 suit if medical care was not provided to Plaintiff. Several days later Lt Normandie told me that Capt. Clancy gave him my letter and that medical is not grievable at the ACI and if the medical dept said that I had to wait 6 months, then I had to wait 6 months. This complaint follows.

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

Order the ACI Intake Center Health Care Services Dept and the Rhode Island Department of Corrections to provide Plaintiff with: (1) an eye examination to determine the extent of his vision loss; (2) eye glasses; (3) the reimbursement to Plaintiff of the $350 filing fee to this Court; (4) a change in the vision care policy at the ACI Intake Center to accord those in immediate need of vision care to be given vision care; (5) to allow medical neglect at the ACI to be grievable; and (6) the payment of $100,000 to Plaintiff for pain and suffering and any future harm as a result of the ACI's and the Intake Center Health Care Service Department's deliberate medical indifference towards Plaintiff.

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 21st day of December, ~~198~~ 2006

Michael Keselica

/Signature of plaintiff or plaintiffs/

VERIFICATION

State of Rhode Island )
County of Kent )

Michae Keselica, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

/Signature of plaintiff

Subscribed and sworn to before me this 22 day of Dec., ~~198~~ 2006.

/Notary Public or other person authorized by law to administer an oath/

Kathleen A. Lyons
Notary Public
My Commission Expires 4.13.2010