**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Michael Keselica
VS. C.A. NO. 06-556S

A.T. Wall, et al.

## STIPULATION OF DISMISSAL

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, it is hereby stipulated that the instant action may be dismissed with prejudice, no interest, no costs.

Attorney for the Plaintiff Pro se

Attorney for the Defendant

RECOMMEND ENTRY:

U.S. Magistrate Judge Hagopian

DATED: 13 FEB 07

SO ORDERED:

2/14/07

ENTERED: